**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000402
16-NOV-2016
09:38 AM**

NO. CAAP-12-0000402

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CIRILO POGOSO, Plaintiff-Appellant,
vs.
JEFF SARAE and CITY & COUNTY OF HONOLULU,
Defendants-Appellees,
and
JOHN DOES 1-10, DOE PARTNERSHIPS, CORPORATIONS,
and/or OTHER ENTITIES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1172-06(RAN))

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Foley and Reifurth, JJ.)

The Opinion of the court, filed on September 22, 2016, is hereby amended as follows:

1.    On page 2, in the fifth line, the word "the" should be replaced with "that" so that as corrected, the text reads: ". . . arguing that Sarae . . . ."

2.    On page 8, in the fifteenth line, the "§" symbol should be inserted between "HRS" and "291C-26".

3.    On page 10, in the fifth line, the word "would" should be replaced with "might" so that corrected, the text reads: ". . . that might otherwise . . . ."

4.    On page 13, in the sixteenth line, the comma after the word "sign" should be deleted so that as corrected, the text reads: ". . . stop sign" can only be . . . ."

5. On page 16, in the tenth line under Section "D.", the word "would" should be replaced with "may" so that as corrected, the text reads: ". . . ordinary motorist may face . . . ."

6. On page 18, in the first line after the first block quote on the page, the word "altered" should be inserted after the word "format" so that as corrected the text reads: ". . . format altered and . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, November 16, 2016.

_Craig H. Nakamura_
Chief Judge

_Daniel R. Foley_
Associate Judge

_Jaurnine M. Reifle_
Associate Judge